```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                      :
JOHN CHRISTMAS,                            :
                                                                      :
                                                 Plaintiff,    :       1:22-cv-6630-GHW
                                                                      :
                        -against -                    :            <u>ORDER</u>
                                                                        :
NORTH AMERICAN TOWER CORP. *and*   : 
MICHAEL HOLODAY,                      :
                                                                       :
                                                 Defendants.  : 
                                                                      :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The parties are directed to submit via email (WoodsNYSDChambers@nysd.uscourts.gov) a Proposed Civil Case Management Plan and Scheduling Order in PDF format no later than October 5, 2022. The parties shall use this Court's form Proposed Case Management Plan and Scheduling Order available at the Court's website (https://nysd.uscourts.gov/hon-gregory-h-woods).

       SO ORDERED.

Dated: October 4, 2022
       New York, New York

                                                                     _____
                                                                          GREGORY H. WOODS
                                                                    United States District Judge