USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
JOHN CHRISTMAS,                                 :
                                                :
                                    Plaintiff,  :
                                                :          1:22-cv-6630-GHW
               -against -                       :
                                                :               ORDER
NORTH AMERICAN TOWER CORP. *and*                :
MICHAEL HOLODAY,                                :
                                                :
                                 Defendants.    :
                                                :
                                                :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The Court declines to act on the proposed consent order seeking an extension of Defendants' time to answer or otherwise respond to the complaint, Dkt. No. 23, because the parties failed to comply with the Court's Individual Rules of Practice in Civil Cases, in particular Rules 1(E) and 1(F). Rule 1(E) requires that all requests for extensions of time be made by letter. Rule 1(F) requires that proposed orders be accompanied by a joint letter and that "[p]arties should not expect that the Court will act on a proposed stipulation or order unless it is accompanied by such a letter." To the extent that the parties seek to extend the deadline for Defendants to answer or otherwise respond to the complaint, the parties are directed to comply with Rule 1(E) and, if applicable, also with Rule 1(F).

The proposed consent order filed on November 3, 2022, Dkt. No. 23, is signed by Michael Holoday on behalf of himself and as "the owner and principal of NATC Tower Corporation and North American Tower Corporation." *Id.* The Court reiterates that Defendants NATC Tower Corporation and North American Tower Corporation must be represented by counsel in this action. *See United States v. Twenty Miljam-350 IED Jammers*, 669 F.3d 78, 91 (2d Cir. 2011) ("[A] corporation is not allowed to appear in federal court except by a licensed attorney.").

Plaintiff is directed to serve a copy of this order on all defendants in this action and to retain proof of service.

SO ORDERED.

Dated: November 3, 2022
New York, New York

GREGORY H. WOODS
United States District Judge